IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHAUDHARI, VIPULKUMAR RAMESHBHAI (A#200-812-997), ) ) ) Plaintiff, ) ) ) v. ) ) KRISTI NOEM[1], PAMELA BONDI, JOSEPH B. ) EDLOW, BRADEN BOUCEK, AND THE ) UNITED STATES OF AMERICA, ) ) Defendants. ) ) | Criminal No. 3:26-cv-264 Judge Trauger |

## ORDER

The *pro se* plaintiff has filed a request for a temporary restraining order preventing the defendants from arresting, detaining, or removing him from the United States while his immigration matters remain pending. Specifically, he fears that, when he appears tomorrow, March 10, 2026, for a "biometrics appointment" (Doc. No. 1 at 7) he will be wrongfully taken into custody, detained, and removed from the United States while he has properly filed matters pending before USCIS Indeed, the ASC Appointment Notice states, in part: "to process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics."

On January 20, 2022, the plaintiff was approved for U Nonimmigrant Status for four years, ending January 19, 2026. (Doc. No. 1 at 15). On February 27, 2025, the plaintiff filed an I-485 Application to Register Permanent Residence or Adjust Status in connection with which he

---

[1] Ms. Noem has been removed from her position, and no successor has been confirmed. This Order is binding upon whomever is acting in her previous position.

received a Notice stating, in part: "If you were still in valid T or U nonimmigrant status on the date your Application to Permanent Residence or Adjust Status (Form I-485) was received, that status is extended until a decision is reached on your Form I-485." (Doc. No. 1 at 6). He was still in U nonimmigrant status on the date of his application, and no decision has yet been reached on his I-485 Application. The court therefore concludes that it would be improper for him to be taken into custody or removed from the United States when he appears for his biometrics appointment tomorrow.

The court finds that the plaintiff has a strong likelihood of success on the merits, he will suffer irreparable injury absent preliminary relief, no substantial harm will come to the defendants by the court's issuing of this relief, and the public interest is certainly well served by insisting that the defendants comply with notices sent to the plaintiff and with the immigration laws of this country.

It is therefore ORDERED that neither the defendants nor anyone acting on their behalf shall arrest or detain the plaintiff, remove from him the United States, or place him in removal proceedings when he appears for his biometrics appointment on March 10, 2026. The plaintiff need post no bond.

This matter is set for further hearing before Judge Trauger on Monday, March 23, 2026 at 4:00 p.m.

It is so **ORDERED**.

ISSUED AT 2:45 P.M. ON MARCH 9, 2026.

_____
ALETA A. TRAUGER
U.S. District Judge